ACCEPTED
03-15-00545-CV
13888552
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/18/2016 7:18:59 PM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00545-CV

| | | |
|---|---|---|
| BRIAN MCMULLEN | § | FILED IN THE<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>11/18/2016 7:18:59 PM<br>JEFFREY D. KYLE<br>CLERK |
| VS. | § | IN THE<br>THIRD COURT |
| | § | |
| TINA MCMULLEN | § | OF APPEALS |

## MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

### TO THE HONORABLE JUSTICES OF THE COURT:

COMES NOW TINA MCMULLEN, Appellee in this matter and moves this Court to grant an extension of time to file Appellee's brief, pursuant to Rule 38.6(d), in compliance with Rule 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.      This case is on appeal from the 146th Judicial District Court of Bell County, Texas.

2.      The case below was styled *In the Matter of the Marriage of Brian McMullen and Tina McMullen,* and was numbered 234,417-B.

3.      Notice of appeal was given on August 28, 2015.

4.      The Clerk's record was filed on October 1, 2015, and the Reporter's record was filed on September 22, 2015.

5.      Appellant's brief was due on November 2, 2015, granted an extension to February 1, 2016, and granted an extension to May 2, 2016.

6.      Appellant's brief was filed with this Court and accepted on May 17, 2016.

7.      Appellee's brief was due on June 16, 2016.

8.      Appellee filed a Motion to Extend on June 16, 2016, and the Court granted an extension with the brief due on September 14, 2016.

9.      Appellee filed Appellee's Brief on October 21, 2016, but had not requested a second extension until this motion.

10.      Appellee requests an extension to November 22, 2016, and asks that Appellee's Brief already received by the Court on October 21, 2016 , be accepted by the Court if the Court grants this request for extension.

11.      Appellee relies on the following facts as good cause for the requested extension:

Counsel for Appellee has already prepared and submitted Appellee's Brief. If this Motion is granted, Appellee's Brief has already been received by this Court. No additional time will be necessary.

WHEREFORE, Appellee prays that this Court grant this Motion to Extend Time to File Appellee's Brief.

Respectfully Submitted,

Allison E. Kuczek
Attorney for Appellee
State Bar No.: 24043766
kuczeklaw@hotmail.com
PO Box 3299, Harker Heights, Texas 76548
Phone: 254-220-4141
Fax: 254-220-4140

Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on November 18, 2016.  Appellant was served by facsimile at 254-770-0883.

ALLISON E. KUCZEK
Attorney for Appellee

## Certificate of Conference

I certify that reasonable effort has been made to resolve this matter without the necessity of filing for an Extension. On November 18, 2016, I conferenced with opposing counsel's office, and he is in agreement with the requested extension.

ALLISON E. KUCZEK
Attorney for Appellee